```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

IN THE STRUGGLE PRODUCTIONS, LLC,

        Plaintiff,

- against -

ROLAND COLLINS, ET AL.,

        Defendants.

24-cv-2776 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The time for all defendants to respond to the Complaint is extended to **June 21, 2024**. If any defendant fails to respond by that date, the plaintiff should move by Order to Show Cause for a default judgment against that defendant.

**SO ORDERED.**

Dated:    New York, New York
            June 3, 2024

                                          John G. Koeltl
                                   United States District Judge