```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

IN THE STRUGGLE PRODUCTIONS LLC,

                Plaintiff,

    - against -

ROLAND COLLINS, ET AL.,

                Defendant.

24-cv-2776 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 8, 2024.

SO ORDERED.

Dated:    New York, New York
            September 24, 2024

                                          _____
                                            John G. Koeltl
                                      United States District Judge