```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

IN THE STRUGGLE PRODUCTIONS LLC,

        Plaintiff,

   - against -

ROLAND COLLINS, ET AL.,

        Defendants.

24-cv-2776 (JGK)

ORDER

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion for summary judgment on **Tuesday, October 1, 2024**, at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
           September 26, 2024

                                        _____
                                        John G. Koeltl
                                       United States District Judge