UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE STRUGGLE PRODUCTIONS LLC

                               Plaintiff,

            -against-

COLLINS et al.,

                             Defendants.
------------------------------------------------------------------X

24-CV-2776 (JGK)

**<u>ORDER SCHEDULING SETTLEMENT CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **<u>Thursday, November 21, 2024 at 10:00 a.m.</u>**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **<u>November 14, 2024.</u>**

      **SO ORDERED.**

DATED:    New York, New York
               October 1, 2024

                                                            _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge