```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------

IN THE STRUGGLE PRODUCTIONS LLC,                24-cv-2776 (JGK)

               Plaintiff,                ORDER

    - against -

ROLAND COLLINS, ET AL.,

              Defendants.

-----------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the reasons explained at the telephone conference held today, the motion to dismiss the complaint filed by the defendants Roland Collins and BSB Records, Inc., ECF No. 33, is **denied without prejudice**. The Court notes that, although the individual defendant may appear pro se, the corporate defendant cannot appear in this Court without counsel. See Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983).

    The Court will refer this case to Magistrate Judge Figueredo for settlement. The case is **stayed** until after the Magistrate Judge conducts a settlement conference, at which time the parties will inform the Court of the status of the case. The parties are directed to discuss whether BSB Records, Inc., should remain a party to this case. Accordingly, all pending deadlines in this case are **stayed**, and the initial conference set for October 23, 2024 at 12:00 p.m. is **canceled**.

    The Clerk is respectfully requested to mail a copy of this Order to the pro se defendant, Roland Collins, at 449 Palisades

Avenue #2, Jersey City, New Jersey 07307, and to note mailing on the docket.

The Clerk is respectfully directed to close all pending motions.

**SO ORDERED.**

**Dated:**    New York, New York
October 1, 2024

_____
John G. Koeltl
United States District Judge