UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN THE STRUGGLE PRODUCTIONS LLC

                              Plaintiff,

           -against-

COLLINS et al.,

                            Defendants.
-----------------------------------------------------------------X

24-CV-2776 (JGK)

**ORDER CANCELING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of Plaintiff In the Struggle Productions LLC and Defendant Empire Distribution Inc.'s settlement in principle to settle all claims against Empire Distribution, see ECF No. 45, the settlement conference currently scheduled for November 21, 2022 is hereby canceled. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

    **SO ORDERED.**

DATED:    New York, New York
                November 12, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge