UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE STRUGGLE PRODUCTIONS LLC

                              Plaintiff,

           -against-

COLLINS et al.,

                             Defendants.
------------------------------------------------------------------X

24-CV-2776 (JGK)

**ORDER SCHEDULING TELEPHONIC CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic conference call in this matter is hereby scheduled for **Monday, January 6, 2025 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [856 979 959#].**

The Clerk is respectfully requested to mail a copy of this Order to the pro se defendant, Roland Collins, at 449 Palisades Avenue #2, Jersey City, New Jersey 07307, and to note mailing on the docket.

       **SO ORDERED.**

DATED:    New York, New York
                 November 21, 2024

                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge