UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :
IN THE STRUGGLE PRODUCTIONS, LLC,                      :
                                                       :
                            Plaintiff,                 :          24-CV-02776 (JAV)
                                                       :
            -v-                                        :          ORDER
                                                       :
ROLAND COLLINS P/K/A "TROY AVE" and BSB                :
RECORDS, INC.,                                         :
                            Defendants.                :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On January 16, 2025, this Court denied Plaintiff's request to serve Defendant Collins via email – an alternative means of service – due to insufficient evidence that email service would be likely to reach Defendant Collins. (ECF No. 62).

On January 21, 2025, Plaintiff filed a renewed request for leave to serve the Amended Complaint via a specified email address to Defendant Roland Collins. (ECF No. 63). Plaintiff's most recent letter motion provides evidence that, on at least two occasions, Defendant Collins used the specified email address to communicate with the Court. *Id.*

The Court has determined that the Plaintiff has sufficiently demonstrated that service to the specified email address is likely to reach the Defendant. Therefore, Plaintiff's request is **GRANTED**. Plaintiff shall serve the Amended Complaint, as well as this Order, the Order dated January 8, 2025, and the Order dated January 16, 2025, upon Defendant Collins via the specified email address by **January 28, 2025.** Plaintiff shall further file proof of service on the docket

within **two days** of effectuating service.

       SO ORDERED.

Dated: January 21, 2025
      New York, New York

                                         JEANNETTE A. VARGAS
                                         United States District Judge