UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                          :

IN THE STRUGGLE PRODUCTIONS LLC,      :

                    Plaintiff,                    :

                                                            :          24-CV-02776 (JAV)
          -v-                                    :

                                                            :                <u>ORDER</u>

ROLAND COLLINS P/K/A "TROY AVE" AND BSB  :
RECORDS, INC.,                                         :

                    Defendants.                 :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to the Court's Order dated January 8, 2025, ECF No. 56, the parties were required to file a letter, the contents of which are described therein, by February 11, 2025. To date, the parties have not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 14, 2025**. Plaintiff is ordered to serve this Order on the Defendants.

SO ORDERED.

Dated: February 13, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge