UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN THE STRUGGLE PRODUCTIONS LLC,                :
:
                        Plaintiff,     :     24-CV-02776 (JAV)
:
     -v-                                                     :     ORDER
:
ROLAND COLLINS P/K/A "TROY AVE" AND BSB  :
RECORDS, INC.,                                                  :
:
                        Defendants.    X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

       On March 2, 2025, Defendant Roland Collins filed a Motion to Dismiss on behalf of himself and BSB Records, Inc. ("BSB Records"). ECF No. 83 (the "Second Motion to Dismiss"). The Second Motion to Dismiss was virtually identical to the Motion to Dismiss previously filed by Defendant Collins and BSB Records on September 24, 2024. *Compare* ECF No. 83 *with* ECF No. 33 (the "First Motion to Dismiss"). Judge Koeltl denied the First Motion to Dismiss on October 1, 2024.[1]  ECF No. 43.

       On February 18, 2025, the parties appeared for a conference with the Court. Defendant Collins was advised at the conference and in this Court's order (ECF No. 80) to consult with the *Pro Se* Office and Clinic for assistance with this matter. At the conference and then in a subsequent Order issued on February 18, 2025, the Court ordered Defendant Collins to file his answer to the Amended Complaint by February 25, 2025, and to make his initial disclosures

---

[1] As mentioned in Judge Koeltl's Order (ECF No. 43), in this Court's Order (ECF No. 80), and as discussed at the February 18, 2025 conference with this Court, Defendant Collins may appear on behalf of himself, but BSB Records cannot appear in this Court without counsel. Defendant Collins is not permitted to submit motions on behalf of BSB Records.

pursuant to Fed. R. Civ. P. 26(a) by March 4, 2025. ECF No. 80. To date, Defendant Collins has not filed an answer to the Amended Complaint. In Plaintiff's March 6, 2025 letter, Plaintiff alleges that Defendant Collins has not made any Initial Disclosures. ECF No. 87.

Defendant Collins is ordered to file his answer to the Amended Complaint and serve his initial disclosures on Plaintiff by **Monday, March 20, 2025**. Defendant Collins is on notice that any further extensions will not be granted. If Defendant Collins does not file an answer to the Amended Complaint by that date, then a schedule shall be set for default judgment proceedings against him.

As stated in the February 18, 2025 Order, Defendant BSB Records' answer to the Amended Complaint is due by **March 20, 2025**. The Court reiterates that any extension of the deadline for BSB Records to respond is unlikely to be granted. If BSB Records does not respond to the Amended Complaint by March 20, 2025, then a schedule shall be set for default judgment proceedings against it.

Accordingly, the Second Motion to Dismiss is DENIED. Plaintiff is ORDERED to serve a copy of this Order on Defendant Collins via email by **March 7, 2025**. The Clerk of the Court is directed to terminate ECF No. 83.

SO ORDERED.

Dated: March 6, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge