UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN THE STRUGGLE PRODUCTIONS LLC,                                  :
                                                                  :    24-CV-02776 (JAV)
                             Plaintiff,           :
                                                                  :    ORDER SCHEDULING
               -v-                                    :    DEFAULT JUDGMENT
                                                                  :    BRIEFING
ROLAND COLLINS P/K/A "TROY AVE;" and BSB                          :
RECORDS, INC,                                                     :
                                                                  :
                            Defendants.        :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On **April 9, 2025**, Plaintiff filed a motion for a default judgment as to Defendant BSB Records, Inc. ("Defendant"), under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 103.

      It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **May 19, 2025**.  Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

      It is further ORDERED that Defendant appear for a hearing on the default judgment motion before this Court on **June 11, 2025**, at **2:30pm**, as to why an order should not be issued granting a default judgment against Defendant.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

      In the event that the Defendant appears or opposes the motion for default judgment prior

to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to the appearing Defendant. That is, if the Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including the appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of January 8, 2025, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference and by participating in an early settlement conference with the assigned Magistrate Judge at least two weeks prior to the initial pretrial conference. *See* ECF No. 44.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 17, 2025  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge