UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                 :

IN THE STRUGGLE PRODUCTIONS LLC,    :
                                                                 :

                            Plaintiff,        :          24-CV-02776 (JAV)
                                                                        :

                -v-                         :          <u>ORDER</u>
                                                                         :

ROLAND COLLINS, et al.,                  :

                                                     :

                          Defendants.    :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 12, 2024, Plaintiff In The Struggle Productions LLC initiated this Action.  ECF No. 1.  From the outset of this case, it appears that Defendant Roland Collins has represented himself as a *pro se* defendant.  ECF No. 28 ("I am currently a pro se Defendant in the above-identified action.").

When the Court previously mailed Orders to Defendant Collins, using the address on file (449 Palisades Avenue, #2, Jersey City, New Jersey 07307) the Court's mail was returned.  *See* Dkt. Entry on Dec. 10, 2024.  Most recently, Defendant Collins provided the Court with his updated e-mail address.  ECF No. 111.  Pursuant to Rule 1(C) of this Court's Individual Rules and Practices in Civil *Pro Se* Cases, however, "*[p]ro se* parties are required to maintain their **current mailing address** on the docket at all times and must notify the Court of any change of address by filing a change of address form with the *Pro Se* Office." (emphasis added).

Accordingly, the Court directs Defendant Collins to update his physical address of record by Tuesday, May 27, 2025 with the *Pro Se* Office using the Notice of Change of Address Form, a copy of which is attached.  Plaintiff is ORDERED to provide a copy of this Order to Defendant Collins via e-mail and file proof of service no later than Thursday, May 15, 2025.

      SO ORDERED.

Dated: May 13, 2025
      New York, New York       _____
                                JEANNETTE A. VARGAS
                                United States District Judge

IH-34                                                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)                    _____CV_____ (_____)(_____)

-against-

                                                                             NOTICE OF CHANGE OF
                                                                             ADDRESS

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

Address                      City                                    State          Zip Code

_____          _____

Telephone Number                          E-mail Address (if available)

_____          _____

Date                                       Signature