UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

IN THE STRUGGLE PRODUCTIONS LLC,      :

                Plaintiff,             :
                                             :        24-CV-2776 (JAV)
              -v-                    :
                                               :        <u>ORDER</u>

ROLAND COLLINS, et al.,                      :

                Defendants.        :
                                               :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held earlier today, Plaintiff's Motion for Default Judgment against BSB Records, Inc. is DENIED, without prejudice to renewal at the conclusion of discovery in this matter.

      Plaintiff is ORDERED to serve a copy of this Order on the Defendants and to file proof of service by June 13, 2025. The Clerk of Court is directed to terminate ECF No. 103.

      SO ORDERED.

Dated: June 11, 2025  
      New York, New York  

                                                       _____  
                                                       JEANNETTE A. VARGAS  
                                                       United States District Judge