UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN THE STRUGGLE PRODUCTIONS, LLC,                :
:
                       Plaintiff,  :      24-CV-02776(JAV)
:
      -v-   :      <u>SCHEDULING ORDER</u>
:
ROLAND COLLINS, et al.,   :
:
                     Defendants.  :
:
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On August 5, 2025, Plaintiff filed a letter informing the Court of an ongoing discovery dispute and requesting leave to file a motion to compel Defendant Roland Collins to produce documents responsive to Plaintiff's first set of discovery requests. ECF No. 122. In light of the ongoing discovery disputes present in this case, **IT IS HEREBY ORDERED** that the parties appear before this Court for a conference regarding Plaintiff's letter on **Wednesday, August 13, 2025**, at **2:30 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff is **FURTHER ORDERED** to file proof of service of this Order and its August 5, 2025 Letter to Defendant Collins no later than Wednesday, August 6, 2025.

      SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                                     JEANNETTE A. VARGAS
                                                     United States District Judge