UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                  :

IN THE STRUGGLE PRODUCTIONS, LLC,        :

                              Plaintiff,            :                24-CV-02776 (JAV)

                            -v-                      :                <u>ORDER</u>

ROLAND COLLINS, et al.,                             :

                            Defendants.        :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 20, 2025, Plaintiff filed a letter with the Court requesting the Court's guidance regarding whether "the enclosed written authorization and authentication suffices or if Plaintiff's counsel must obtain a more formal signed authorization documentation." Rule 56(c) requires that evidence submitted in support of such motion must be admissible in evidence. To the extent that Plaintiff seeks a prospective opinion on the admissibility of document attached to its letter, the Court is not in a position to provide such guidance. If counsel seeks the Court's assistance with respect to compelling a discovery response from Empire Distribution, Inc., it should set forth this request in a letter brief pursuant to the Court's Individual Rules and Practices in Civil Cases.

It is unclear if Plaintiff served its letter on Defendants. As such, Plaintiff is ORDERED to serve its letter (ECF No. 127) and this Order on Defendants via email no later than September 4, 2025, and file proof of service on the docket no later than September 5, 2025.

The Clerk of Court is directed to terminate ECF No. 122.

SO ORDERED.

Dated: September 3, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge